UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ARTHUR PAULK and
BECKY S. PAULK                                                                                       PLAINTIFFS

VERSUS                                                          CIVIL ACTION NO. 1:04CV97-LG-RHW

BALBOA INSURANCE COMPANY, et al                                                          DEFENDANTS

## ORDER GRANTING MOTION TO STRIKE

Before the Court is Defendants' [46] Motion to Strike the Plaintiffs' designation of expert witnesses.  The Plaintiffs' designation contains only the names and addresses of persons whom they propose as expert witnesses.  The designation does not conform with the other requirements of Fed. R. Civ. P. 26(a)(2)(A) or Local Rule 26.1(a)(2).  Plaintiffs have not filed a response to the Motion to Strike.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' [46] Motion to Strike is GRANTED.

SO ORDERED, this the 9th day of May, 2006.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE