IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAULK, ET AL. | § | PLAINTIFFS |
| | § | |
| v. | § | CAUSE NO. 1:04CV97 |
| | § | |
| BALBOA INSURANCE CO., ET AL. | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on (1) the Motion of Newport Insurance Company and Balboa Insurance Company for summary judgment [51]; and (2) the Motion of Interbay Funding, LLC for summary judgment [52], the Court, after a review and consideration of the Motions and Responses, the pleadings on file and the relevant law, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants Newport Insurance Company, Balboa Insurance Company and Interbay Funding, LLC pursuant to FED. R. CIV. P. 56.  Plaintiff's case is hereby dismissed.  All remaining pending motions are hereby rendered moot, and each party shall pay its own costs.

**SO ORDERED AND ADJUDGED** this the 14th day of July, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE